**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ROY H. JOHNSON, DDS, WINDY HILL DENTISTRY, LLC, and DDS P.C. D. CASEY HART,<br><br>  Plaintiffs,<br><br>vs.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al.,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-02000-SDG |

## J U D G M E N T

This action having come before the Court, Honorable Steven D. Grimberg, United States District Judge, for consideration of Defendants Hartford Casualty Insurance Company and Twin City Fire Insurance Company's Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 4th day of January, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Jessica Kelley
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 4, 2021
James N. Hatten
Clerk of Court

By:   s/Jessica Kelley
        Deputy Clerk